UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL COLTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROPULSION CONTROLS ENGINEERING, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 20-CV-1957 TWR (KSC)<br><br>**ORDER APPROVING STIPULATION AND JOINT REQUEST TO REMAND CASE TO STATE COURT**<br><br>(ECF No. 11) |

Presently before the Court is Plaintiff Darrell Colter and Defendant Propulsion Controls Engineering's Joint Request to Remand Case to State Court ("Stip.," ECF No. 11). Good cause appearing, the Court **APPROVES** the Stipulation and **ORDERS**:

    1.    This case **WILL BE REMANDED** back to the San Diego County Superior Court;

    2.    Plaintiff **WILL NOT PURSUE** any wage-and-hour claims for or arising from any work performed on federal enclaves by Plaintiff or the putative class members under any theory of liability, including, but not limited to, claims based on the California Labor Code, IWC Wage Orders, California Business and Professions Code, or Fair Labor Standards Act;

3.     Plaintiff **WILL FILE** an amended complaint within <u>fifteen (15) days</u> following this case being remanded to state court to assert that Plaintiff's claims pursuant to the California Labor Code, IWC Wage Orders, and California Business and Professions Code do not apply to or arise from any work performed by Plaintiff or the putative class members on federal enclaves and that Plaintiff will not pursue relief on his behalf or on behalf of putative class members for wage-and-hour claims arising from their work on federal enclaves;

4.     In the event that Plaintiff fails to comply with this agreement, Defendant **CAN REMOVE** this case to federal court and Plaintiff will not challenge the timeliness of removal; and

5.     Each Party **SHALL BEAR** its own attorneys' fees and costs with respect to the removal and subsequent remand of this case.

**IT IS SO ORDERED.**

Dated:  November 4, 2020

_____
Honorable Todd W. Robinson
United States District Court